[No. 5063.]

THE FIRST NATIONAL BANK OF MONTROSE v. THE
BOARD OF COUNTY COMMISSIONERS OF MONT-
ROSE COUNTY.

**Former Opinion Followed.**

This action is dismissed, for want of jurisdiction, in accord-
ance with the reasons set forth in Board of County Commis-
sioners of Teller County v. The Pinnacle Gold Mining Company,
ante, p. 492.

*Error to the District Court of Montrose County.*

*Hon. Theron Stevens, Judge.*

Writ of error sought by The First National Bank
of Montrose to review the judgment of the district
court of Montrose county refusing to reduce an as-
sessment of taxes against the plaintiff in error.

*Dismissed.*

Mr. F. D. CATLIN, for plaintiff in error.

Mr. JOHN GRAY, for defendant in error.

Mr. JUSTICE BAILEY delivered the opinion of the
court:

The writ of error in this action is dismissed for
lack of jurisdiction, because of the reasons set forth
in *Board of County Commissioners of Teller County
v. The Pinnacle Gold Mining Company.*

*Dismissed.*

CHIEF JUSTICE GABBERT and Mr. JUSTICE GOD-
DARD concur.